# Court of Appeals
# of the State of Georgia

ATLANTA,  March 25, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1264.  TIMOTHY DANIEL CLINTON, SR. v. THE STATE.**

Timothy Daniel Clinton pled guilty to sexual battery against a child under 16. The trial court entered a judgment of conviction and sentence on October 12, 2010. Clinton filed a motion to modify his sentence, which the trial court denied.  This Court affirmed the trial court's ruling in an unpublished opinion. *Clinton v. State*, Case No. A12A0669, decided June 8, 2012.  On December 7, 2012, Clinton filed a "Motion Set Forth to Make State Prove Evidence," which the trial court denied on December 19, 2012.  Clinton filed a notice of appeal on February 6, 2013.  We lack jurisdiction.

Under OCGA § 5-6-38 (a), a notice of appeal must be filed within 30 days of the order sought to be appealed.  "[A] timely-filed notice of appeal is a jurisdictional prerequisite to a valid appeal." *Henderson v. State*, 265 Ga. 317 (1) (454 SE2d 458) (1995). Because Clinton's notice of appeal was untimely, we lack jurisdiction to consider his appeal.  Additionally, Clinton's motion appears to be challenging his conviction, and an appeal from an order denying or dismissing a challenge to an allegedly void conviction is subject to dismissal.  See *Williams v. State*, 287 Ga. 192 (695 SE2d 244) (2010).  Accordingly, Clinton's appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/25/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*